UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| STEFAN A. RIBELIN, | § § | |
| Plaintiff, | § § | |
| v. | § § | SA-21-CA-399-HJB |
| IQ DATA INTERNATIONAL, INC., | § § § | |
| Defendant. | § | |

**SCHEDULING ORDER**

Pursuant to Rule 16, Federal Rules of Civil Procedure and consistent with the Telephonic Initial Pretrial Conference held on today's date, the following dates are entered to control the course of this case:

1. Alternative Dispute Resolution ("ADR"): A report on ADR resolution in compliance with Western District of Texas, San Antonio Division ("WDTX SA Div."), Local Rule CV-88 must be filed by **October 15, 2021**.

2. Offer of Settlement: The parties asserting claims for relief must submit a written offer of settlement to opposing parties by **October 15, 2021,** and each opposing party must respond in writing, by **October 29, 2021**.

3. Amend/Supplement Pleadings, Joinder of Parties: The parties must file all motions to amend or supplement pleadings, or to join additional parties by **November 15, 2021**.

4. Designation of Testifying Experts: All parties asserting claims for relief must file their designation of potential testifying experts, and must SERVE on all parties, but NOT FILE the materials required by FED. R. CIV. P. 26(a)(2)(B) by **September 15, 2021**. Parties resisting claims for relief must file their designation of potential testifying experts, and must SERVE on all parties, but NOT FILE the materials required by FED. R. CIV. P. 26(a)(2)(B) by **October 29, 2021**. All designations of rebuttal experts must be designated within 14 days of receipt of the report of the opposing expert.

5. <u>Expert Testimony Objection</u>:   An objection to the reliability of an expert's proposed testimony under Federal Rule of Evidence 702 must be made by motion, specifically stating the basis for the objection and identifying the objectionable testimony, **within 30 days of receipt** of the written report of the expert's proposed testimony, or **within 30 days of the expert's deposition**, if a deposition is taken, whichever is later.

6. <u>Discovery</u>:   The parties must complete discovery by **December 14, 2021**. Counsel may, by filing and Agreed Motion, continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

7. <u>Dispositive Motions</u>:   All dispositive motions, as defined in WDTX SA Div. Local Rule CV-7(c), must be filed by **February 14, 2022**. Dispositive motions and responses to dispositive motions, are limited to 20 pages in length, and any reply in support of a dispositive motion is limited to 10 pages in length. *See* WDTX SA Div. Local Rules CV-7(d)(3), (e)(3), and (f)(3).

8. <u>Pretrial Conference</u>:   A pretrial conference will be held on **May 9, 2022**, at **2:30 P.M.** in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. César Chávez Boulevard, San Antonio, Texas, 78206.

9. <u>Jury Selection & Trial</u>:   This case is set for jury selection and trial on **May 23, 2022**, at **9:30 A.M.** in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. César Chávez Boulevard, San Antonio, Texas, 78206. The parties should consult Rule CV-16(e)–(g) regarding matters to be filed in advance of trial.

It is so **ORDERED**.

**SIGNED** on July 15, 2021.

_____
Henry J. Bemporad
United States Magistrate Judge